IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
    V. ) Criminal No.   16-165
)
MUKESH KHAWAS )

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this __3rd__ day of ___November___, _2016_, the above named defendant having appeared before this Court and having been sworn to testify truthfully as to his/her financial ability to hire counsel and the Court being satisfied as a result thereof that the above named defendant is financially unable to obtain counsel and said defendant not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1500 Liberty Center, 1001 Liberty Avenue, Pittsburgh, Pennsylvania 15222, telephone number (412) 644-6565, is hereby appointed to represent the individual in all matters pertaining to this action.

PRIMARY COUNSEL:   Andrew Z. Lipson

                         PA Attorney ID #

*[signature]*
United States ~~District~~ Magistrate Judge